IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD E. MARKS                                               PETITIONER

vs.             Civil Case No. 2:08CV00214 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                    RESPONDENT

ORDER

Petitioner is hereby informed of his opportunity to reply within thirty days to Respondent's argument that the petition should be dismissed because the complained of action of the Bureau of Prisons is appropriate and in accordance with federal law. Petitioner may reply to any other argument raised in Respondent's Answer.

SO ORDERED this 6th day of February, 2009.

_____
United States Magistrate Judge