IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD E. MARKS                                                                 PETITIONER

vs.                            Civil Case No. 2:08CV00214 BSM/HLJ

T. C. OUTLAW, Warden
FCI, Forrest City, Arkansas                                                      RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 21st day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE