IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD E. MARKS                                                                          PETITIONER

vs.                       Civil Case No. 2:08CV00214 BSM/HLJ

T. C. OUTLAW, Warden
FCI, Forrest City, Arkansas                                                                RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 21st day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE